MITCHELL CHYETTE (State Bar # 113087)
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
333 Market Street - 27th Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for William F. Bottoms, Mary A. Bottoms,
as individuals and as trustees for the Bottom Family
1989 Trust, and The Blue Oak Charitable Fund,
a California non-profit public benefit corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A BOTTOMS, as individuals and as trustees for the Bottoms Family 1989 Trust; THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company, and DOES 1- 100<br><br>Defendants. | CASE NO. C 05 03045 EMC<br><br>**FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER, AND EXTENDING THE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE; ORDER**<br>[CIV. LOC. R. 6-2] |

   The parties to this action respectfully request an additional extension of time for the defendants to answer the complaint and for the other deadlines associated with the Answer.

   The Court graciously granted our last request for an extension of time on March 20, 2006.

   As reported in earlier such stipulations, the issue faced by the parties at this juncture of the case is identifying the insurance companies who may be responsible for defending and

{S:\bottwi\0001\pld\451479.DOC}

FOURTH STIPULATION AND ORDER EXTENDING
TIME TO ANSWER, AND EXTENDING THE CASE
SCHEDULE AND INITIAL CASE MANAGEMENT
CONFERENCE

indemnifying the defendant. Progress has been made along these lines. Two of ATKN's "excess" insurers have been in direct contact with the plaintiff's and defendant's counsel. But their position is that the excess carriers do not have a duty to defend ATKN. One of the primary carriers has asserted that it has no duty to defend due to an earlier settlement agreement with ATKN. The plaintiff believes that this carrier is misinterpreting the agreement.

One of the excess carriers requested in writing that ATKN and the plaintiffs seek another extension of time to allow the insurers to sort this out. The plaintiff has (reluctantly) agreed to this extension. This request was received only days before the last due date for the answer. We wrote to the Court advising that a new stipulation would be forthcoming.

We have no interest in delaying the progress of this case but we recognize that it may prove more efficient in the long run to give the insurers another short extension of time, to allow them to determine their position positively determine whether they will be providing a defense or not, than to have them complain later that they were not given adequate ability to defend their insured.

Accordingly, the parties respectfully request that the Court allow an additional, short extension of time for the defendant to answer the complaint. We are requesting an additional 30 days.

We suggest the following schedule:

|  | Current Due Date | New Due Date |
|---|---|---|
| Answer | 4/20/2006 | 5/19/2006 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | 5/17/2006 | 5/12/06 |
| Last day to file Joint ADR Certification With Stipulation to ADR Process of Notice of Need for ADR Phone Conference | 4/12/06 | 6/16/2006 |

{S:\bottwi\0001\pld\451479.DOC}  2

FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER, AND EXTENDING THE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | 5/31/2006 | 6/28/2006 |
| Case Management Conference in Courtroom C, 15th Floor at 1:30 PM | 6/7/2006 | ~~7/6/2006~~ 7/5/06 |

We also request additional time for the parties to submit to the Court their stipulation to allow Magistrate Chen to fulfill the role of District Court Judge in this matter.

SO STIPULATED:

DATED: April___, 2006      LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: _____
Mitchell Chyette
Attorneys for Mary A. Bottoms, as individuals and as trustees for the Bottom Family 1989 Trust, and The Blue Oak Charitable Fund, a California non-profit public benefit corporation

DATED: April ___, 2006      PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

By: _____
Henry Kevane
Attorneys for ATKN defendants

{S:\bottwi\0001\pld\451479.DOC}

3

FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER, AND EXTENDING THE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE

|   |   |
|---|---|
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | 5/31/2006    6/28/2006 |
| Case Management Conference in Courtroom C, 15th Floor at 1:30 PM | 6/7/2006    ~~7/6/2006~~ 7/5/06 |

We also request additional time for the parties to submit to the Court their stipulation to allow Magistrate Chen to fulfill the role of District Court Judge in this matter.

SO STIPULATED:

DATED: April 25, 2006

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By: _____
Mitchell Chyette
Attorneys for Mary A. Bottoms, as individuals and as trustees for the Bottom Family 1989 Trust, and The Blue Oak Charitable Fund, a California non-profit public benefit corporation

DATED: April 28, 2006

PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

By: _____
Henry Kevane
Attorneys for ATKN defendants

{S:\bottwi\0001\pld\451479.DOC}    3

FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER, AND EXTENDING THE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE

## ORDER

Pursuant to the stipulation set forth above, the case management order and schedule are hereby changed to the dates set forth above.

Dated: May 2, 2006

[signature]

Hon. Edward M. Chen
United States District Court for the Northern District of California

{S:\bottwi\0001\pld\451479.DOC}

4

FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER, AND EXTENDING THE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE