1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone: (916) 448-0448
4  Facsimile: (916) 448-8628
   E-Mail: mac@gfsacto.com
5  E-Mail: tripp@gfsacto.com

6  Attorneys for Defendants
   ATKN COMPANY OF CALIFORNIA,
7  f/k/a Guy F. Atkinson Company of
   California; ATKN COMPANY, a
8  Nevada corporation, f/k/a Guy F.
   Atkinson Company

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  MARY A. BOTTOMS, an individual and as          ) CASE NO. 3:05-cv-03045 SI
    trustee for the Bottoms Family 1989 Trust;    )
15  THE BLUE OAK CHARITABLE FUND, a               )
    California non-profit public benefit corporation, ) **STIPULATION AND ORDER RE**
16                                                  ) **SETTING CASE MANAGEMENT**
               Plaintiffs,                          ) **CONFERENCE**
17                                                  )
    vs.                                             )
18                                                  )
    ATKN COMPANY OF CALIFORNIA, f/k/a              )
19  Guy F. Atkinson Company of California;         )
    ATKN COMPANY, a Nevada corporation,            )
20  f/k/a Guy F. Atkinson Company, and DOES 1 -   )
    100,k                                           )
21                                                  )
               Defendants.                          )
22  _____)

23        It is hereby stipulated by and between Defendants ATKN COMPANY OF CALIFORNIA,

24  f/k/a Guy F. Atkinson Company of California and ATKN COMPANY, a Nevada corporation, f/k/a

25  Guy F. Atkinson Company, ("ATKINSON") and Plaintiffs MARY A. BOTTOMS, an individual

26  and as trustee for the Bottoms Family 1989 Trust; THE BLUE OAK CHARITABLE FUND, a

27  California non-profit public benefit corporation, ("BOTTOMS"), by and through their respective

28  //

Stipulation and Order . . .

counsel, who are authorized to enter into this stipulation,

WHEREAS the parties have agreed to setting the Case Management Conference on August 4, 2006 at 2:00 p.m. in Department 10, 19th Floor; and

WHEREAS the parties have agreed to complete initial disclosures and file a Rule 26(f) Report and Case Management Conference Statement by July 28, 2006; and

WHEREAS the parties have agreed to file a Joint ADR Certification With Stipulation to ADR Process by July 14, 2006;

IT IS HEREBY STIPULATED, with the consent of the Court, as provided below.

Dated: June 28, 2006

GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: _____
FRANCIS M. GOLDSBERRY III
Attorneys for Defendants

Dated: July 7, 2006

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: _____
MITCHELL CHYETTE
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
United States District Court-Northern District

Stipulation and Order . . .   - 2 -