FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628
E-Mail: mac@gfsacto.com
E-Mail: tripp@gfsacto.com

Attorneys for Defendants
ATKN COMPANY OF CALIFORNIA,
f/k/a Guy F. Atkinson Company of
California; ATKN COMPANY, a
Nevada corporation, f/k/a Guy F.
Atkinson Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, an individual and as trustee for the Bottoms Family 1989 Trust; THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a Guy F. Atkinson Company, and DOES 1 - 100,k<br><br>Defendants. | CASE NO. 3:05-cv-03045 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE ADR PROCESS - MEDIATION** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

MEDIATION (ADR L.R. 6)

//

//

Stipulation and [Proposed] Order
Selecting ADR Process

The parties agree to hold the ADR session by the requested deadline of November 1, 2006.

DATED: July 18, 2006

    GOLDSBERRY, FREEMAN & GUZMAN, LLP

    By:   /s/ Francis M. Goldsberry III
         FRANCIS M. GOLDSBERRY III
         Attorneys for Defendants
         ATKN COMPANY OF CALIFORNIA, et al.

DATED: July 18, 2006

    LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK

    By:   /s/ Mitchell Chyette
         Mitchell Chyette
         Attorneys for Plaintiffs
         William F. Bottoms, Mary A. Bottoms, et al.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation.

The deadline for Mediation is November 1, 2006.

IT IS SO ORDERED.

DATED: _____

    _____
    Honorable Susan Illston
    United States District Court-Northern District