IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTTOMS ET AL, | No. C 05-03045 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ATKN COMPANY OF CALIFORNIA ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 30, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 2, 2007</u>.

DESIGNATION OF EXPERTS: <u>8/3/07</u>; REBUTTAL: <u>8/24/07</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 21, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 26, 2007</u>;

Opp. Due <u>November 9, 2007</u>; Reply Due <u>November 16, 2007</u>;

and set for hearing no later than <u>November 30, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 19, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 3, 2008</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in a private mediation session by the end of February 2007. Counsel shall inform the Court as to who the mediator is and the date it has been scheduled for.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/21/06

SUSAN ILLSTON
United States District Judge