UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, trustee for the Bottoms Family 1989 Trust; and THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company,<br><br>Defendants. | CASE NO. C-05-3045 SI<br><br>[proposed]<br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Upon the stipulation of the parties, good cause appearing:

The further case management conference currently scheduled for March 30, 2007, is continued to May 25, 2007.

DATED: March ___, 2007

_Susan Illston_
HON. SUSAN ILLSTON
U.S. District Court
Northern District of California