MITCHELL CHYETTE (State Bar # 113087)
LELAND, PARACHINI, STEINBERG,
 MATZGER & MELNICK, LLP
199 Fremont – 21st Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
mchyette@lpslaw.com

Attorneys for Mary A. Bottoms, trustee of
the Bottom Family 1989 Trust, and
The Blue Oak Charitable Fund, a California
non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, trustee for the Bottoms Family 1989 Trust; and THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company,<br><br>Defendants. | CASE NO. C-05-3045 SI<br><br>**JOINT APPLICATION AND STIPULATION TO AMEND THE PRETRIAL PREPARATION ORDER**<br><br>AS AMENDED |

The parties to this action jointly stipulate and apply for a change in the Pretrial Preparation Order to change the dates for various benchmarks in the progress of this action.

The reasons for this request are as follows:

(1) This is an environmental damage case that concerns events from more than 10 years ago. The defendant in this action – ATKN --is defunct. That is, it is being or has been liquidated in bankruptcy. Most of the employees are gone; the documents are in storage. Conducting discovery has been a slow process for both parties, but obtaining relevant documentation from

{S:\BOTTW\0001\PLD\511690.DOC}   1   C-05-3045 SI
JOINT APPLICATION AND STIPULATION TO
AMEND THE PRETRIAL PREPARATION ORDER

defendant is unusually time consuming. It requires identifying potentially relevant documents from cryptic document storage lists, retrieving the documents, reviewing the documents. It will then require time to find the people who are knowledgeable about the company's specific activities.

We are proceeding apace – identifying and reviewing documents, etc. but our actual experience shows that this has gone slower than anticipated. The time it has taken to conduct discovery leads us to recognize that the current discovery cut off date is unrealistic.

Unfortunately, *neither* party has completed its discovery and neither is in a position to stop conducting discovery as of July 2, 2007. If we had to close discovery at this point in time, it would prejudice both parties.

It would also interfere with our ability to sensibly settle the case. We have already conducted one mediation session and we are endeavoring to collect additional information in advance of another, perhaps extended, session. But this will not be reasonably possible under the current discovery cut off schedule. To put this another way, extending the discovery cut off will make settlement far more likely.

(2) In contemplating a new discovery cut off date and a new trial date, we have tried to take into account the trial schedule of counsel. Counsel already have trials set for August, 2008. Accordingly, we are requesting that the new schedule for this case aim for a trial in October, 2008.

We have meet and conferred and we believe that this would be an achievable and efficient schedule for this case:

| | |
|---|---|
| NON EXPERT DISCOVERY CUT OFF: | January 30, 2008 |
| DESIGNATION OF EXPERTS: | February 29, 2008 |
| DESIGNATION OF REBUTTAL EXPERTS | March 21, 2008 |
| EXPERT DISCOVERY CUTOFF | April 16, 2008 |
| DISPOSITIVE MOTIONS FILED BY: | May, 23, 2008 |
| OPPOSITION DUE | June 6, 2008 |
| REPLY DUE | June 13, 2008 |

{S:\BOTTWI\0001\PLD\511690.DOC}  2  C-05-3045 SI
APPLICATION AND STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | HEARING DATE | June 27, 2008 |
| 2 | PRETRIAL CONFERENCE | September 16, 2008 |
| 3 | TRIAL | September 29, 2008 |

We respectfully request that the Court issue a new Pretrial Preparation Order reflecting these new dates.

SO STIPULATED:

DATED: June 29, 2007           LELAND, PARACHINI, STEINBERG,
                               MATZGER & MELNICK, LLP


                               By:   s/Mitchell Chyette
                                     Mitchell Chyette
                                     Attorneys for Mary A. Bottoms, trustee of
                                     the Bottom Family 1989 Trust, and The Blue
                                     Oak Charitable Fund, a California non-profit
                                     public benefit corporation

DATED: June 29, 2007           GOLDSBERRY, FREEMAN GUZMAN
                               DITORA, LLP


                               By:   s/Francis M. Goldsberry III
                                     Francis M. Goldsberry III
                                     Attorneys for ATKN

A further case management conference has been scheduled to occur on Friday, July 27, 2007, at 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.



IT IS SO ORDERED
Judge Susan Illston

{S:\BOTTW\0001\PLD\511690.DOC}                                              C-05-3045 SI
                                           APPLICATION AND STIPULATION TO
                                           CONTINUE FURTHER CASE MANAGEMENT
                                           CONFERENCE

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105
Tel (415) 957-1800 • Fax (415) 974-1520