1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone: (916) 448-0448
4  Facsimile: (916) 448-8628
   E-Mail: mac@gfsacto.com
5  E-Mail: tripp@gfsacto.com

6  Attorneys for Defendants
   ATKN COMPANY OF CALIFORNIA,
7  f/k/a Guy F. Atkinson Company of
   California; ATKN COMPANY, a
8  Nevada corporation, f/k/a Guy F.
   Atkinson Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, an individual and as trustee for the Bottoms Family 1989 Trust; THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a Guy F. Atkinson Company, and DOES 1 - 100,k <br><br> Defendants. <br> _____ | CASE NO.  3:05-cv-03045 SI <br><br> **JOINT APPLICATION AND STIPULATION TO AMEND THE PRETRIAL PREPARATION ORDER AS AMENDED** |

The parties to this action jointly stipulate and apply for a change in the Pretrial Preparation Order (as Amended July 23, 2007) to change the dates for various benchmarks in the progress of this action.

As explained in the June 29, 2007 Joint Application and Stipulation to Amend the Pretrial Preparation Order, discovery in this action has been hampered by a variety of factors. Foremost is that defendants ATKN are defunct, but retain literally thousands of boxes of documents in storage.

Stipulation to Amend Pretrial
Preparation Order

1  Of those thousands of boxes, nearly 100 boxes were identified as having documents that may be
2  relevant to this dispute. The parties continue to progress in their review of these documents, but
3  the large volume and the condition of the documents (many are more than 40 years old) continue to
4  present challenges that exceed the estimates of the parties.

5      Neither party has conducted sufficient discovery to allow it to be adequately prepared by the
6  January 30, 2008 discovery cut-off. Furthermore, the parties hope to conduct a second mediation
7  session before launching into numerous depositions, which will likely require significant travel
8  because 1) ATKN's predecessor, Guy F. Atkinson Co., had offices in several cities throughout the
9  country, such that witnesses with relevant information may not have ever lived in the Bay Area, and
10 2) the passage of so much time since the events that allegedly give rise to liability means that many
11 witnesses have moved out of the area. Therefore, the deposition process is likely to be more
12 difficult and expensive than it would be in other cases, and the parties would like to explore
13 whether such depositions can be avoided by a negotiated settlement.

14     Counsel for the parties have met and conferred, and we believe that the following schedule
15 should allow the parties sufficient time to explore mediation and still conduct full discovery, if
16 necessary:

17         NON-EXPERT DISCOVERY CUTOFF:    August 1, 2008
18         DESIGNATION OF EXPERTS:    August 29, 2008
19         DESIGNATION OF REBUTTAL EXPERTS:    September 19, 2008
20         EXPERT DISCOVERY CUTOFF:    October 17, 2008
21         DISPOSITIVE MOTIONS FILED BY:    November 14, 2008
22           OPPOSITION DUE:    December 1, 2008
23           REPLY DUE:    December 8, 2008
24           HEARING DATE:    December 19, 2008
25         PRETRIAL CONFERENCE:    February ~~20,~~ 24, 2009
26         TRIAL:    March 9, 2009

27     Furthermore, the parties stipulate that defendants may have leave to file a counterclaim in
28 the form attached hereto as Exhibit A. Good cause exists for the filing of this counterclaim in that

recently decided case law (*United States v. Atlantic Research*, 127 S.Ct. 2331, 168 L.Ed.2d 28, (2007)) suggests that such a counterclaim is necessary to place allocation of liability under CERCLA in issue. Plaintiffs do not stipulate as to the validity of claims asserted or claims made by defendants.

We respectfully request that the court issue a new Pretrial Preparation Order reflecting these new dates and granting defendant leave to file the counterclaim attached hereto as Exhibit A.

SO STIPULATED.

DATED: December 20, 2007   LELAND, PARACHINI, STEINBERG
                           MATZGER & MELNICK, LLP


By: /s/ Mitchell Chyette
    Mitchell Chyette
Attorneys for Plaintiffs
MARY A. BOTTOMS, Trustee of the BOTTOM
FAMILY 1989 TRUST and THE BLUE OAK
CHARITABLE FUND, a California Non-Profit
Public Benefit Corporation

DATED: December 20, 2007   GOLDSBERRY, FREEMAN & GUZMAN, LLP


By: /s/ Francis M. Goldsberry III
    FRANCIS M. GOLDSBERRY III
Attorneys for Defendants
ATKN COMPANY OF CALIFORNIA,
f/k/a Guy F. Atkinson Company of
California; ATKN COMPANY, a
Nevada corporation, f/k/a Guy F.
Atkinson Company

Stipulation to Amend Pretrial
Preparation Order                    - 3 -

Re: *Bottoms v. ATKN Company of California, et al.*
    United States District Court
    Northern District No.:  3:05-cv-03045 SI

# E X H I B I T   A

**JOINT APPLICATION AND STIPULATION TO AMEND
THE PRETRIAL PREPARATION ORDER AS AMENDED**

Exhibit A:  Joint Application and Stipulation to
Amend Pretrial Preparation Order

FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628
E-Mail: mac@gfsacto.com
E-Mail: tripp@gfsacto.com

Attorneys for Defendants
ATKN COMPANY OF CALIFORNIA,
f/k/a Guy F. Atkinson Company of
California; ATKN COMPANY, a
Nevada corporation, f/k/a Guy F.
Atkinson Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, an individual and as trustee for the Bottoms Family 1989 Trust; THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a Guy F. Atkinson Company, and DOES 1 - 100,k <br><br> Defendants. | CASE NO.  3:05-cv-03045 SI <br><br> **COUNTERCLAIM OF DEFENDANTS ATKN COMPANY OF CALIFORNIA AND ATKN COMPANY** |

1. Counterclaimaints ATKN COMPANY OF CALIFORNIA AND ATKN COMPANY bring this counterclaim for contribution against counterdefendants MARY A. BOTTOMS, individually and as trustee for the Bottoms Family 1989 Trust, and THE BLUE OAK CHARITABLE FUND (collectively "counterdefendants").  This counterclaim arises out of the same transactions, occurrences and set of circumstances set forth in plaintiffs' complaint.  Jurisdiction and venue with respect to these counterclaims are proper in this Court under the

Exhibit A: Joint Application and Stipulation to
Amend Pretrial Preparation Order

provisions of 42 U.S.C. § 9613(b).

2. Counterclaimaint is informed and believes, and thereon alleges, that counterdefendants are an "owner" or "operator" of "facilities" from which there has been a "release" of hazardous substances into the "environment," within the meaning of 42 U.S.C. § 9607.

3. Counterclaimants deny any and all liability to plaintiffs. However, if plaintiffs obtain a judgment of joint and several liability on their complaint against counterclaimants, counterclaimants are informed and believe that they will be liable for an amount greater than counterclaimants' equitable share of liability. Therefore, counterclaimants will be entitled to contribution from counterdefendants pursuant to 42 U.S.C. § 9613(f).

**PRAYER**

Wherefore, ATKN COMPANY OF CALIFORNIA AND ATKN COMPANY pray for judgment as follows:

(a) Contribution for any liability above and beyond counterclaimaint's equitable share; and

(b) For such other and further relief as this Court may deem just and proper.

DATED:                                              GOLDSBERRY, FREEMAN & GUZMAN, LLP


By:_____
    FRANCIS M. GOLDSBERRY III
    Attorneys for Defendants
    ATKN COMPANY OF CALIFORNIA,
    f/k/a Guy F. Atkinson Company of
    California; ATKN COMPANY, a
    Nevada corporation, f/k/a Guy F.
    Atkinson Company