MITCHELL CHYETTE (State Bar # 113087)
LELAND, PARACHINI, STEINBERG,
 MATZGER & MELNICK, LLP
333 Market Street - 27th Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
mchyette@lpslaw.com

Attorneys for Mary A. Bottoms, trustee of
the Bottom Family 1989 Trust, and
The Blue Oak Charitable Fund, a California
non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, trustee for the Bottoms Family 1989 Trust; and THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company,<br><br>Defendants. | CASE NO. C-05-3045 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to this action respectfully request that the Court continue the case management conference currently scheduled for Friday, February 8 at 2:30 p.m. for the following reasons:

1. The Court has only recently revised the case management schedule for this action pursuant to a stipulation of the parties. Accordingly, the purposes for the case management conference have been largely fulfilled.

2. The parties are cooperating in discovery and trying to set a date for mediation. A case management conference at this point would not add much of substance. However, we believe that

1  we will have more substantive information to report to the Court if the case management
2  conference can be continued for 90 days.

3  DATED: Feb, 6, 2007                    Respectfully submitted,

4                                          LELAND, PARACHINI, STEINBERG,
                                            MATZGER & MELNICK, LLP

6                                          By:  s/ Mitchell Chyette
                                                Mitchell Chyette
7                                               Attorneys for Plaintiffs

8  DATED: Feb 6, 2007

9                                          GOLDSBERRY, FREEMAN & GUZMAN, LLP

11                                         By  s/ Francis M. Goldsberry III:
                                               Francis. M. Goldsberry III
12                                             Attorneys for Defendants

{S:\BOTTW\0001\PLD\544167.DOC}     2                              C-05-3045 SI
STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

MITCHELL CHYETTE (State Bar # 113087)
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
333 Market Street - 27th Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
mchyette@lpslaw.com

Attorneys for Mary A. Bottoms, trustee of
the Bottom Family 1989 Trust, and
The Blue Oak Charitable Fund, a California
non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, trustee for the Bottoms Family 1989 Trust; and THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company,<br><br>Defendants. | CASE NO. C-05-3045 SI<br><br>[Proposed]<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation of the parties, good cause appearing, the case management conference is continued to April 25, 2008.

DATED: Feb __, 2007

*[signature: Susan Illston]*

———————————————
HON. SUSAN ILLSTON
U.S. District Court
Northern District of California

{S:\BOTTW\0001\PLD\544169.DOC}   1   C-05-3045 SI
[Proposed]