1  MITCHELL CHYETTE (State Bar # 113087)
   LELAND, PARACHINI, STEINBERG,
2     MATZGER & MELNICK, LLP
   333 Market Street - 27th Floor
3  San Francisco, California 94105-2171
   Telephone: (415) 957-1800
4  Facsimile: (415) 974-1520
   mchyette@lpslaw.com
5
   Attorneys for Mary A. Bottoms, trustee of
6  the Bottom Family 1989 Trust, and
   The Blue Oak Charitable Fund, a California
7  non-profit public benefit corporation

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | MARY A. BOTTOMS, trustee for the          | CASE NO. C-05-3045 SI
   | Bottoms Family 1989 Trust; and THE BLUE   |
12 | OAK CHARITABLE FUND, a California         | **[proposed]**
   | non-profit public benefit corporation,    |
13 |                                           | **ORDER CONTINUING STATUS**
   |             Plaintiffs,                   | **CONFERENCE**
14 |
   | vs.
15 |
16 | ATKN COMPANY OF CALIFORNIA, f/k/a
   | Guy F. Atkinson Company of California;
17 | ATKN COMPANY, a Nevada corporation,
   | f/k/a/ Guy F. Atkinson Company,
18 |
   |             Defendants.
19

20      The parties have reported that this case is tentatively settled, pending the execution of the
21 necessary papers. Good cause appearing,
22      IT IS ORDERED, that the status conference scheduled for July 25, 2008 at 2:30 p.m. is
23 hereby continued to ___October 31, 2008 @ 2:30 p.m.___
24 DATED: July __, 2007

                                                   _____
                                                   [signature: Susan Illston]
26                                                 HON. SUSAN ILLSTON
                                                   U.S. District Court
27                                                 Northern District of California
28

{S:\bottwi\0001\pld\578857.DOC}          1                                    C-05-3045 SI
                                              [proposed] ORDER CONTINUING STATUS
                                              CONFERENCE