MITCHELL CHYETTE (State Bar # 113087)
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
333 Market Street - 27th Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
mchyette@lpslaw.com

Attorneys for Mary A. Bottoms, trustee of
the Bottom Family 1989 Trust, and
The Blue Oak Charitable Fund, a California
non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY A. BOTTOMS, trustee for the Bottoms Family 1989 Trust; and THE BLUE OAK CHARITABLE FUND, a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ATKN COMPANY OF CALIFORNIA, f/k/a Guy F. Atkinson Company of California; ATKN COMPANY, a Nevada corporation, f/k/a/ Guy F. Atkinson Company,<br><br>Defendants. | CASE NO. C-05-3045 SI<br><br>[proposed]<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Upon joint application of the parties, good cause appearing,

The status conference scheduled for January 12, 2009, in this action is continued to ~~January~~ 2/6, 2009 at ~~2009~~.

DATED: January ___, 2009

_____
UNITED STATES DISTRICT COURT
Northern District of California

{S:\BOTTWI\0001\PLD\606513.DOC}                                    C-05-3045 SI

**ORDER CONTINUING STATUS CONFERENCE**